479 A.2d 1092

Commonwealth v. Morrow, Appellant.

Submitted June 20, 1984.
Carmela R.M. Presogna, Assistant Public Defender, for appellant; Ernest J. Disantis, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

479 A.2d 1092

Commonwealth v. Stuckwish, Appellant.

Submitted June 21, 1984.
John H. Corbett, Jr., Public Defender, for appellant; Robert L. Ebernardt, Deputy District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.